**Linda S. KAISER, Insurance Commissioner of the Commonwealth of Pennsylvania as Statutory Liquidator of Colonial Assurance Company,**

v.

**COLONIAL ASSURANCE COMPANY.**

**Appeal of ROYAL BANK OF CANADA.**

Supreme Court of Pennsylvania.

April 24, 1996.

### *ORDER*

PER CURIAM.

AND NOW, this 24th day of April, 1996, the order of the Commonwealth Court is affirmed.